IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 MAY -2 AM 10: 18

OFFICE OF THE CLERK

| | | |
|---|---|---|
| STEVEN FARBER, | ) | Case Number: 4:05 CV3025 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CONSENT TO EXERCISE** |
| | ) | **OF JURISDICTION BY A** |
| | ) | **UNITED STATES MAGISTRATE JUDGE** |
| UNITED HEALTHCARE INSURANCE | ) | **AND** |
| COMPANY, | ) | **ORDER OF REFERENCE** |
| Defendant | ) | |

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

Signature of Attorney or Party       Name of Party                                      Date

[signature]                                           For  Steven Farber                          4-27-05

Brett McArthur
Brett McArthur Law Office, P.C., LLO
6201 S. 58th Street, Ste. C
Lincoln, NE 68516

[signature]                                           For United HealthCare Insurance Company   4/25/05

J. Scott Paul
McGrath North Mullin & Kratz, PC LLO
3700 First National Tower
1601 Dodge Street
Omaha, NE 68102

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that this case be referred to the Honorable David L. Piester, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

5\02\05
Date                                                                          United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

k:\clerk\proc\forms\consent.frm

360916.1/SPA/58460/0564/042005