# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN FARBER, | ) | Case Number: 4:05 CV3025 |
| | ) | |
| Plaintiff, | ) | **ORDER FOR DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| v. | ) | |
| | ) | |
| UNITED HEALTHCARE INSURANCE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter coming before the Court on the stipulation of the parties and, it appearing that settlement has been reached;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-entitled action should be and hereby is dismissed with prejudice to the bringing of a new action, each party to pay their own court costs.

Dated this 24th day of August, 2005

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

PREPARED AND SUBMITTED BY:

J. SCOTT PAUL, #16635
McGrath, North, Mullin & Kratz, PC LLO
Suite 3700, First National Tower
1601 Dodge Street
Omaha, Nebraska 68102
Phone - (402) 341-3070
Fax - (402) 341-0216
ATTORNEY FOR DEFENDANTS

APPROVED AS TO FORM AND CONTENT:

Brett t. McArthur
140 S. 27th Street, Suite D
Lincoln, NE 68510
ATTORNEY FOR PLAINTIFF